1  THOMAS P. O'BRIEN
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   SHARLA CERRA  (CSB #187176)
4  Assistant United States Attorney
          Federal Building Suite 7516
5         300 North Los Angeles Street
          Los Angeles, California
6         Tel. 213 894-6117
          FAX:  213 894-7819
7         Email:  Sharla.Cerra@usdoj.gov

8  Attorneys for Defendant MICHAEL J. ASTRUE,
   Commissioner of Social Security

                UNITED STATES DISTRICT COURT
                CENTRAL DISTRICT OF CALIFORNIA
                       EASTERN DIVISION

JESUS P. CRUZ,                )  EDCV 08-0373 PLA
                              )
     Plaintiff,                )
                              )  **JUDGMENT OF REMAND**
     v.                        )
                              )
MICHAEL J. ASTRUE, Commissioner )
of Social Security,            )
                              )
     Defendant.                )
_____ )

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence 4 of 42 U.S.C. § 405(g) and to Entry of Judgment ("Stipulation for Remand") lodged concurrent with the lodging of the within Judgment of Remand,

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED** that the above-captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the Stipulation for Remand.

DATED: 12/11/08                    _____
                                    PAUL L. ABRAMS
                                    UNITED STATES MAGISTRATE JUDGE

-1-